# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FILED

AUG 2 5 2022

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

## INDICTMENT FOR PRODUCTION OF CHILD PORNOGRAPHY, POSSESSION OF CHILD PORNOGRAPHY, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-67-SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 2251(a) |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| WILLIAM HUNTER DAVIS | : | 18 U.S.C. § 2253(a) |

## THE GRAND JURY CHARGES:

### COUNT ONE
(Production of Child Pornography)

On an exact date unknown to the grand jury, but between on or about January 1, 2020, and on and about May 31, 2021, in the Middle District of Louisiana, **WILLIAM HUNTER DAVIS**, defendant herein, did employ, use, persuade, induce, entice, and coerce a minor child, B.D., to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, with such visual depiction having been produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate commerce.

The above is a violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO
(Possession of Child Pornography)

On an exact date unknown to the grand jury, but between on or about January 1, 2020, and on and about May 31, 2021, in the Middle District of Louisiana, **WILLIAM HUNTER DAVIS**, defendant herein, did knowingly possess child pornography, as defined in Title 18,

United States Code, Section 2256(8)(A), and was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

It is further alleged that the child pornography involved a prepubescent minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

All the above is a violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253(a).

Upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 and 2252A, **WILLIAM HUNTER DAVIS**, defendant herein, shall forfeit to the United States of America:

a.   any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251 and 2252A;

b.   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c.   any property, real or personal, used or intended to be used, to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, a Samsung Galaxy 8 cellular

telephone and a SanDisk ImageMate PRO 32GB memory card.

UNITED STATES OF AMERICA, BY

**A TRUE BILL**

**REDACTED
PER PRIVACY ACT**

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

GRAND JURY FOREPERSON

APRIL M. LEON
ASSISTANT UNITED STATES ATTORNEY

08 25 2022

DATE